**In the Interest of A.M.C.**

No. 63800.

Missouri Court of Appeals,
Eastern District,
Division One.

March 8, 1994.

Steven M. Davis, Arnold, for appellant.

Theodore R. Allen, Jr., Hillsboro, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Parents appeal from the order of the juvenile division of the circuit court finding jurisdiction over the parents' child A.M.C., and

placing A.M.C. in the legal custody of the Missouri Division of Family Services.

The order of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. A written opinion would have no precedential value.

The order of the trial court is affirmed. Rule 84.16(b).